ACCEPTED
03-15-00349-CV
6772752
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 5:00:13 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00349-CV

**In the
Third Court of Appeals
Of Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 5:00:13 PM
JEFFREY D. KYLE
Clerk

SHAMROCK PSYCHIATRIC, P.A.

*Appellants*,

V.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
KYLE JANEK, MD, EXECUTIVE COMM'R
AND DOUGLAS WILSON, INSPECTOR GENERAL

*Appellees,*

On appeal from the 126th District Court, Travis County, Texas
Cause NO. D-1-GV-14-001833

## SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Appellant asks the Court to extend the time to file Appellant's Brief to next Wednesday, September 9, 2015.

### A. Introduction

1. Appellant is Shamrock Psychiatric, P.A..

2. This motion is filed within the period to file a motion to extend the time to file briefs, as required by Rules 10.5 and 38.6.

3. The appellees are not opposed to this motion.

### B. Argument & Authorities

4. The Court may grant an extension of time to file briefs under Texas Rule of

Appellant Shamrock Psychiatric, P.A.'s 2nd Motion to Extend Time to File Brief
Page 1 of 4

Appellate Procedure 38.6.

5. The deadline to file the Brief is September 4, 2015.

6. Appellant requests an additional 5 days to file its Brief, extending the time up to and through September 9, 2015.

7. Appellant requests this extension due to a misunderstanding with the District Court. When the Appellant originally requested the Clerk's Record and Reporter's Record be filed with this Court of Appeals, Appellant was informed no Reporter's Record existed. Until September 2, 2015, it was believed there was no Reporter's Record to be filed with the Third Court of Appeals. Upon further investigation, the Court Reporter, Dora Canizales, corrected that misunderstanding and graciously has agreed to submit the Reporter's Record on the Hearing of the Merits that was held on January 8, 2015 as quickly as possible for attorneys of both parties to be able to utilize. That record is expected to be received within the week. Appellant requests a five day extension of time to permit Appellant to review the Reporter's Record and include proper citations to the record in the Appellant's brief.

8. One previous extension has been requested and granted to extend the time to file Appellant's Brief.

## C. Prayer

9. For these reasons, Appellant asks the Court to grant an extension of time to

file Brief up to and through next Wednesday, September 9, 2015.

Respectfully Submitted,

_____
Jason Ray
State Bar No. 24000511
RIGGS & RAY, P.C.
506 West 14th Street
Austin, Texas  78701
(512) 457-9806  Telephone
(512) 457-9066  Facsimile
jray@r-alaw.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I communicated by email on September 2, 2015 with opposing counsel,

Eugene A. Clayborn and he advised that he does not oppose this motion.

_____
Jason Ray

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by eservice on September 2, 2015 to the following:

Eugene A. Clayborn
Assistant Attorney General
Deputy Chief, Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 125548, Capitol Station
Austin, Texas 78711-2548
Eugene.clayborn@texasattorneygeneral.gov

_____
Jason Ray